## Commonwealth *v.* Spears, Appellant.

Argued March 18, 1965. *Reeder R. Fox,* with him *Herman I. Pollock,* Defender, for appellant; *William J. Stevens, Jr.,* Assistant District Attorney, with him *Abner Silver* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

FLOOD, J., absent.

## Commonwealth, Appellant, *v.* Stack.

Argued March 18, 1965. *Ralph B. D'Iorio,* Assistant District Attorney, with him *Domenic D. Jerome,* First Assistant District Attorney, and *Jacques H. Fox,* District Attorney, for Commonwealth, appellant; *Melvin G. Levy,* with him *McClenachan, Blumberg & Levy,* for appellee.

PER CURIAM: The six judges who heard the argument of this appeal being equally divided in opinion, the order of the court below is affirmed.

FLOOD, J., absent.